directing the mortgage held by the German Savings Bank to be paid by the chamberlain. In other respects motion denied, with leave to renew on further proof.

---

In re BOMMER. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) In the matter of the application of Ferdinand J. Bommer for admission to practice as an attorney and counselor at law in the state of New York. No opinion. Order of admission to practice vacated. Motion, so far as it requests that this order be made without prejudice, denied.

---

BORNMAN v. STAR CO. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Alfred Bornman against the Star Company. No opinion. Motion denied.

---

BOUGHTON v. GUIDER et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Henry L. Boughton against John W. Guider and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

BOYD et al., Respondents, v. ATLAS SAFE & MACHINERY TRUCKAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Robert M. Boyd and another against the Atlas Safe & Machinery Truckage Company. L. H. Newkirk, for appellant. R. M. Boyd, for respondents. No opinion. Judgment and order affirmed, with costs.

---

BRAND et al., Appellants, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Frederick J. Brand and another against Arleigh D. Richardson.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to the appellant to abide event, upon the opinion of McLENNAN, J., in Arnold v. Richardson (decided at present term of court) 77 N. Y. Supp. 763.

---

BRESLIN, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Ellen B. Breslin against the Manhattan Railway Company and others. F. Allis, for appellants. C. M. Cannon, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $2,100, and by reducing judgment for rental damage, costs, allowance, etc., as entered, to the sum of $1,894.16, and, as so modified, affirmed, without costs.

---

BREWER v. GILMAN. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Heman S. Brewer against William J. Gilman. No opinion. Motion denied, with $10 costs; the case having been submitted in open court as to McLENNAN, J.

---

BRODERSEN, Respondent, v. NEW YORK & Q. C. RY. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Anna Brodersen against the New York & Queens County Railway Company. No opinion. Orders unanimously affirmed, with $10 costs and disbursements.

---

BRODERSEN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Thomas Brodersen against the New York & Queens County Railway Company. No opinion. Orders unanimously affirmed, with $10 costs and disbursements.

---

In re BROOKFIELD. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) In the matter of the application and petition of William Brookfield, under chapter 189 of the Laws of 1893, to acquire certain real estate, etc., for the purpose of providing for the sanitary protection of the sources of the water supply of the city of New York. Claim of Hanifin Muscoot. Parcel No. 27. No opinion. Orders affirmed, with $10 costs and disbursements.

---

BROOKLYN RAPID TRANSIT CO., Respondent, v. BRITTON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by the Brooklyn Rapid Transit Company against Joseph A. Britton and others. H. M. Earle, for appellants. J. L. Wells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BROOKS, Respondent, v. SUMNER, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Charles Brooks against Alanson A. Sumner. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Potter v. Sumner (decided this term) 77 N. Y. Supp. 678.

---

In re BROWN. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of proving a paper purporting to be the last will and testament of Hiram Brown, deceased. No opinion. Decree of the surrogate's court of Putnam county affirmed, with costs.

---

In re BRUSH. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of the application of Edward F. Brush for a writ of mandamus to the board of inspectors of elections, etc., in the First election district of the Second ward, etc.

PER CURIAM. We are of the opinion that upon these papers the court below was

not authorized or empowered in this proceeding to pass upon the validity of the 45 ballots mentioned in its order. In this view, the proper disposition of the case is to affirm the order below, without any determination as to such validity. See 75 N. Y. Supp. 285; 76 N. Y. Supp. 597, 1010.

BRYANT, Appellant, v. FARMERS' LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Walter H. Bryant against the Farmers' Loan & Trust Company. No opinion. Judgment unanimously affirmed, with costs.

In re BUFFALO GRADE CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) In the matter of the Buffalo Grade Crossing Commissioners, etc., for, etc., lands of Agnes Hubbard. Proceeding No. 33. No opinion. Order affirmed, with costs and disbursements.

BURGESS, Mayor, et al., Respondents, v. BRYANT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by William C. Burgess, as mayor, etc., and others, against Joseph Bryant and others. No opinion. Judgment affirmed, with costs.

BURKE, Respondent, v. SUPREME COUNCIL OF CATHOLIC BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Mary Burke, an infant, by Margaret Smith, her guardian ad litem, against the Supreme Council of Catholic Benevolent Legion. No opinion. Order affirmed, with $10 costs and disbursements.

BURTIS et al., Appellants, v. NEW YORK CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Stephen J. Burtis and another against the New York Casualty Company. No opinion. Judgment affirmed, with costs.
SMITH, J., dissents.

BUSBE, Respondent, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Eugene L. Busbe, as receiver, against Daniel Coleman and another. A. L. Smith, for appellants. N. Smith, for respondent. No opinion. Judgment affirmed, with costs.

CELLERY, Appellant, v. JOHN HANCOCK MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Catherine Cellery against the John Hancock Mutual Life Insurance Company. No opinion. Judgment affirmed, with costs. See 68 N. Y. Supp. 128.
FURSMAN, J., dissents.

CHISELING, Respondent, v. FORBES, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Joseph Chiseling against Michael T. Forbes. No opinion. Judgment of the municipal court affirmed, by default, with costs.

CITY OF NEW YORK, Respondent, v. THORLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by the city of New York against Charles Thorley and others. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

CLARK v. CONGRESS BREWING CO. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Eliza C. Clark against the Congress Brewing Company. No opinion. Motion denied.

CLARK, Appellant, v. WELLINGTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Ellen Clark against Quincy W. Wellington and another. Mary Clark, as administratrix, etc., interpleaded. No opinion. Order affirmed, with $10 costs and disbursements.

CLERKE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Elizabeth Clerke against the Metropolitan Street Railway Company. T. H. Lord, for appellant. G. D. Lamb, for respondent.
PER CURIAM. Upon plaintiff stipulating to reduce judgment as entered to the sum of $2,829.83, judgment as so reduced affirmed, without costs; otherwise, judgment reversed and new trial ordered, with costs to appellant to abide event.

CLIFFORD v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against the Press Publishing Company. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

CLIFFORD v. WORRELL et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against Judson J. Worrell and another. No opinion. Motion denied, on payment of $10